District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALI REZA NILCHIAN,<br><br>        Plaintiff/Petitioner,<br><br>    v.<br><br>MICHAEL MUKASEY,[1] Attorney General of the United States, et al.,<br><br>        Defendants/Respondents. | Case No. C08-0172 RSM<br><br>JOINT STIPULATION FOR REMAND TO USCIS AND DISMISSAL |

### JOINT STIPULATION

COMES NOW, the parties, by and through their respective attorneys of record, hereby stipulate and jointly move the Court for an order remanding this matter to United States Citizenship and Immigration Service ("USCIS") and dismissing, without prejudice, the Petition for Naturalization Hearing.

This is an action for a judicial hearing on Plaintiff's application for naturalization (Form N-400). Plaintiff alleges a delay by USCIS and the FBI in adjudicating the matter. The parties have been advised that, subsequent to the filing of suit, all necessary background checks and investigations have been completed and USCIS is now ready to adjudicate the matter and issue a decision on Plaintiff's application for naturalization.

---

[1] Mr. Mukasey is substituted as Attorney General for his predecessor, Acting Attorney General Peter D. Keisler, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

JOINT STIPULATION FOR REMAND AND DISMISSAL - 1
C08-0172 RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

    Accordingly, the parties, through their undersigned counsel, hereby stipulate and jointly move that the Court make the following order:

    1.    The Plaintiff's naturalization application is REMANDED to USCIS for adjudication and issuance of a decision on said application within 30 days after entry of this Order.  For purpose of this Order, "adjudications of, and issuance of a decision on" is limited to the decision by USCIS on Plaintiff's naturalization application (N-400) and does not include any decision by USCIS regarding any subsequent administrative appeal by Plaintiff, pursuant to 8 C.F.R. § 336.2, in the event the application is adjudicated negatively.

    2.    This action is DISMISSED without prejudice and without costs or attorney fees.

    3.    The Court shall retain jurisdiction to enforce the terms of this stipulation.

DATED this 27th day of March, 2008.

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: Priscilla.Chan@usdoj.gov

DATED this 27th day of March, 2008.

/s/ Bart Klein
BART KLEIN,   WSBA #10909
Attorney for Plaintiffs
605 First Avenue, Suite 500
Seattle, Washington 98104-2224
Phone: 206-624-3787
Fax: 206-324-6371
Email: Bart.Klein@bartklein.com

## ORDER

The parties having so stipulated, the above is SO ORDERED.  The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 28th day of March, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR REMAND AND DISMISSAL - 2
C08-0172 RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Presented by:

/s/ Bart Klein
BART KLEIN WSBA #10909
Attorney for Petitioner

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
Attorney for Respondents

JOINT STIPULATION FOR REMAND AND DISMISSAL - 3
C08-0172 RSM

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970